| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Warren D. Levy<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Email: atruss@keaveneylegalgroup.com | |
| In re:<br>　　Irina P. Berzina<br>　　**Debtor** | Case No.:　　**22-10830-JNP**<br><br>Chapter:　　**13**<br><br>Hearing Date:　**8/30/2022 at 11:00am**<br><br>Judge:　　Jerrold N. Poslusny Jr. |

# CERTIFICATION OF SERVICE

1. I, **Amy J. Truss**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Warren Levy**, who represents **Irina P. Berzina** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **August 18, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Granting Application to Shorten Time**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **August 18, 2022**　　　　　　　　　　　　　　**/s/ Amy J. Truss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 39 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☑ Other  Telephone  (voice mail of Kimberly Tally)<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>One Newark Center<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Harold Kaplan, Esq.<br>Robertson, Anschutz, Schneid, Crane &<br>130 Clinton Road #202<br>Fairfield, NJ 07004 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| AssetCare<br>Attn: Bankruptcy<br>Po Box 1127<br>Sherman, TX 75091 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Commonwealth Financial Systems | | ☐ Hand-delivered |

rev. 8/1/15

| | | |
|---|---|---|
| Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519 | Creditor | ☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Fay Servicing LLC<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Portfolio Recovery Associates, LLC 23<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Shannon Burrini, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Hoirzon Way<br>Suite 900<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Swedish Medical Center<br>Regurgent Capital<br>PO Box 1927<br>Greenville, SC 29602 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev. 8/1/15