Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10830−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irina P. Berzina
   1691 S. Spring Road
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−7200

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2022.

Dated: September 8, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Irina P. Berzina  
    Debtor

Case No. 22-10830-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Sep 08, 2022      Form ID: plncf13      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irina P. Berzina, 1691 S. Spring Road, Vineland, NJ 08361-6639 |
| r | + | Jan Elwell, Compass New Jersey LLC, 1213 West Avenue, Ocean City, NJ 08226-3265 |
| 519497868 | + | Shannon Burrini, Esq., Pluese, Becker & Saltzman, LLC, 20000 Hoirzon Way, Suite 900, Mount Laurel, NJ 08054-4318 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 20:39:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 20:39:00 | Fay Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519497862 | + | Email/Text: bnc-capio@quantum3group.com | Sep 08 2022 20:40:00 | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 519497863 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 08 2022 20:39:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 519497864 | | Email/Text: ECF@fayservicing.com | Sep 08 2022 20:39:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 519497865 | + | Email/Text: mmrgbk@miramedrg.com | Sep 08 2022 20:40:00 | Miramed Revenue Group, Attn: Bankruptcy, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 519497866 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 20:47:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519532668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 20:47:32 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519497867 | + | Email/Text: brprocessor@pfccollects.com | Sep 08 2022 20:40:00 | Professional Finance Company, Inc., Attn: Bankruptcy, Po Box 1686, Greeley, CO 80632-1686 |
| 519515850 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 20:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519504195 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:19 | Swedish Medical Center, Resurgent Capital |

Case 22-10830-JNP    Doc 32    Filed 09/10/22    Entered 09/11/22 00:14:11    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 17 |

| | | |
|---|---|---|
| 519552623    ^    MEBN | | Services, PO Box 1927, Greenville, SC 29602-1927 |
| | Sep 08 2022 20:36:09 | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Fay Servicing LLC hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | on behalf of Debtor Irina P. Berzina atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com |

TOTAL: 6