IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Warren Levy, Esq.
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ  08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
atruss@keaveneylegalgroup.com
Attorney for Debtor

In Re:

    Irina Berzina

Debtor

Case No: 22-10830

Chapter:  Chapter 13

Judge:    Jerrold N. Poslusny, Jr.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Irina Berzina, Debtor
(Example:  John Smith, creditor)

    Old address:    1691 S. Spring Road, Vineland, NJ 08361

    New address:    3037 Mays Landing Road, Millville, NJ 08332

    New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 11/1/2022                                 /s/ Warren Levy
                                                         Signature

*rev.2/1/16*