UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No. | 22-10830-JNP |
|---|---|---|
| Irina P. Berzina | Chapter: | 13 |
| Debtor. | Judge: | Jerrold N. Poslusny, Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ____Irina P. Berzina____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __11/02/2022__                    _Irina Berzina_
                                        Irina P. Berzina
                                        Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev. 8/1/18